

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiffs, | ) | No 1:18-cr-00063-DAD |
| vs. | ) | ORDER OF RELEASE |
| JUAN CARLOS DALLAS | ) | |
| Defendant. | ) | |

The above named defendant appeared before this Court today July 26, 2018. U.S. Probation office Adam Tunison moves for the petition to be dismissed at this time since State charges have not been filed against defendant.

IT IS HEREBY ORDERED that the Petition (Doc. 3) be Ordered dismissed and defendant shall be released FORTHWITH.

DATED: 7/26/18

BARBARA A. McAULIFFE
U.S. Magistrate Judge

9/26/96 exonbnd.frm